IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BLAIR W. WILLIAMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 6:24-CV-184-JDK-KNM |
| JOHN P. WALGAMA, MD, *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Blair W. Williams, proceeding *pro se* and *in forma pauperis*, filed the above-styled lawsuit on May 23, 2024. Doc. 1.

On May 28, 2024, the Court ordered Plaintiff to amend the complaint within thirty (30) days to include a demand for the relief sought. Doc. 5. An acknowledgment of receipt card filed on June 3, 2024, reveals that Plaintiff received the order on May 30, 2024. Doc. 6.

The May 28, 2024, Order warned that the complaint may be dismissed if Plaintiff failed to amend it as ordered. To date, Plaintiff has not filed an amended complaint. Plaintiff's complaint should be dismissed for failure to prosecute. FED. R. CIV. P. 41(b).

### RECOMMENDATION

The Court recommends that the complaint be **DISMISSED without prejudice** for failure to prosecute. FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C). To be specific, an objection must identify the specific finding or

recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 11th day of July, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2